**BING CHEN, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14–72358.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Sept. 3, 2015.

Jisheng Li, Law Office of Jisheng Li, Honolulu, HI, for Petitioner.

Tracie Nicole Jones, Trial, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Bing Chen, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

The agency denied Chen's asylum and withholding claims based on an adverse credibility determination. We lack jurisdiction to consider Chen's contentions regarding the adverse credibility determination, because he failed to raise them to the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004) (this court lacks jurisdiction to review issues not raised before the agency); *see also Agyeman v. INS*, 296 F.3d 871, 877 (9th Cir.2002) ("we may not entertain due process claims based on correctable procedural errors unless the alien raised them below").

Chen's motion for stay of removal is denied as moot. The temporary stay of removal will terminate upon issuance of the mandate.

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.